# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Antonio J. Wright, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00461-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Juan Raposo | ) | |
| Kevin W. Carrol, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2014 Order.

August 29, 2014

Signed: August 29, 2014

Frank G. Johns, Clerk
United States District Court